UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER THORNTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:09CV1040 SNLJ** |
| | ) | |
| **DFS SERVICES, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court on plaintiff's motion for leave to conduct limited discovery (#37), filed on February 9, 2010.  Defendant has not filed a response.

Plaintiff asserts that he requires additional time to adequately prepare a response to defendant's motion to compel arbitration, and further that limited discovery will allow him to more clearly ascertain the expenses involved with arbitration.  This Court sees no reason why plaintiff should not be allowed to conduct limited discovery for the sole purpose of establishing the expenses of arbitration so that he can establish the factual record regarding the opposition of defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to conduct limited discovery (#37) is **GRANTED**.

Dated this ___2nd___ day of March, 2010.


_____
UNITED STATES DISTRICT JUDGE